CLOSED

**U.S. District Court**
**Northern District of New York [LIVE - Version 2.5] (Prisoner)**
**CIVIL DOCKET FOR CASE #: 9:03-cv-01396-FJS-DRH**

Voelker v. FCI Ray Brook
Assigned to: Chief Judge F. J. Scullin, Jr
Referred to: Magistrate Judge David R. Homer
Demand: $0
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 11/20/2003
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Alonzo A. Voelker**

represented by **Alonzo A. Voelker**
04836-070
FCI Ray Brook
PO Box 9005
Ray Brook, NY 12977
PRO SE

V.

**Respondent**

**FCI Ray Brook**

represented by **Charles E. Roberts**
Office of the United States Attorney - Syracuse
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198
315-448-0672
Fax: 315-448-0646
Email: charles.roberts@usdoj.gov
*ATTORNEY TO BE NOTICED*

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK
I, the undersigned Clerk of the Court, do hereby certify that ... is a true, correct and full copy of the original document on file ... my custody.
# of pages (text) 2; # of pages including (exhibits) —
Dated 10/4/05 Lawrence K. Baerman, ...
by [signature], Deputy Clerk.

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2003 | 1 | PETITION for writ of habeas corpus by Alonzo A. Voelker ; (nas) Additional attachment(s) added on 4/27/2004 (rjb, ). (Entered: 11/20/2003) |
| 11/21/2003 | 2 | Order Directing Compliance as to Alonzo A. Voelker; petitioner to either pay the $5.00 filing fee or submit an IFP application or this action MAY be dismissed w/o further order of the court. Date Served: 11/21/03 Date Entered: 11/21/03 Notice of Compliance deadline 12/21/03 , Clerk's Action Deadline 1/20/04 ( Signed by Magistrate Judge Gustave J. DiBianco ) (fce) Additional attachment (s) added on 4/27/2004 (rjb, ). (Entered: 11/21/2003) |
| 12/19/2003 | | Filing fee: $ 5.00, receipt number 61483 (pta, ) (Entered: 12/19/2003) |
| 12/24/2003 | 3 | ORDER, directing response to the Habeas Corpus Petition; response due 60 days from date of service. re 1 Petition for Writ of Habeas Corpus filed by Alonzo A. Voelker (Order and Petition served by Certified Mail). Signed by Judge David |

| | | |
|---|---|---|
| | | R. Homer on 12/22/03. (rjb, ) (Entered: 12/24/2003) |
| 12/30/2003 | 4 | RETURN RECEIPT for Habeas Corpus Petition received as to the U.S. Attorney's Office; served on 12/29/03. (rjb, ) (Entered: 12/30/2003) |
| 01/05/2004 | 5 | RETURN RECEIPT for Habeas Corpus Petition received as to respondent; served on 12/29/2003, answer due 2/27/2004. (rjb, ) (Entered: 01/05/2004) |
| 01/15/2004 | 6 | RESPONSE to Petition for Writ of Habeas Corpus by FCI Ray Brook.(Roberts, Charles) (Entered: 01/15/2004) |
| 05/09/2005 | 7 | REPORT AND RECOMMENDATIONS re 1 Petition for Writ of Habeas Corpus filed by Alonzo A. Voelker be DENIED, Objections to R&R due by 5/31/2005. Signed by Judge David R. Homer on 5/9/05. (tlp) (Entered: 05/09/2005) |
| 05/20/2005 | 8 | TRAVERSE by Alonzo A. Voelker. (tlp) (Entered: 05/23/2005) |
| 06/02/2005 | 9 | ORDER re 7 REPORT AND RECOMMENDATIONS re 1 Petition for Writ of Habeas Corpus filed by Alonzo A. Voelker are accepted in their entirety and the Petition be DENIED and DISMISSED. Signed by Judge Frederick J. Scullin Jr. on 6/2/05. (tlp) (Entered: 06/02/2005) |
| 06/02/2005 | 10 | JUDGMENT in favor of Respondent against Petitioner (tlp) (Entered: 06/02/2005) |
| 06/13/2005 | 11 | MOTION for Reconsideration re 9 Order Motion Hearing set for 7/18/2005 on submit before Chief Judge Frederick J. Scullin Jr.. Response to Motion due by 7/1/2005 Reply to Response to Motion due by 7/7/2005 by Alonzo A. Voelker. (tlp) (Entered: 06/15/2005) |
| 06/13/2005 | 12 | MEMORANDUM OF LAW re 11 Motion for Reconsideration filed by Alonzo A. Voelker. (tlp) (Entered: 06/15/2005) |
| 06/13/2005 | 13 | NOTICE of Hearing on Motion 11 MOTION for Reconsideration re 9 Order: Motion Hearing set for 7/18/2005 on submit before Chief Judge Frederick J. Scullin Jr.(tlp) (Entered: 06/15/2005) |
| 09/20/2005 | 14 | ORDER granting 11 Motion for Reconsideration . ORDERS that this Court's June 2, 2005 Order and the Judgment entered in conjunctiontherewith are VACATED; ORDERED that this matter is TRANSFERRED to the United States District Court for theDistrict of Rhode Island for all further proceedings, pursuant to 28 U.S.C. Sect. 1631.Signed by Judge Frederick J. Scullin Jr. on 9/20/05. (tlp) (Entered: 09/20/2005) |