UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALONZO VOELKER,
plaintiff

v.  CA: 05-413T

FCI RAY BROOK,
defendant

### ORDER DIRECTING GOVERNMENT TO RESPOND

The Government is hereby ordered to file its response to the Plaintiff's "Motion Under 28 U.S.C. 2241 Writ of Habeas Corpus," on or before **November 20th, 2005.**

Entered as an Order of
this Court:

_____
DEPUTY CLERK

SO ORDERED:

_____
Ernest C. Torres
Chief Judge, US District Court

DATE: 10/18/05