IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALONZO VOELKER )
)
v. ) CA. No.05-413T
)
FCI RAYBROOK )

FILED
NOV 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GOVERNMENT'S MOTION FOR**
**AN EXTENSION OF TIME**

The defendant, ALONZO VOELKER ("VOELKER"), filed a motion in the District of New York under 28 U.S.C. 2241 for a Writ of Habeas Corpus alleging that FCI Ray Brook was improperly calculating a small portion of his 188 month sentence. On October 21, 2005, the United States received an Order from the Rhode Island District Court requiring a response on or before November 20, 2005.

The United States hereby requests a 30-day extension up to and including December 20, 2005, within which to respond based on problems with document retrieval and workload considerations.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/22/05

Voelker, who is only contesting one year, seven months, and twenty-one days of his fifteen year sentence will suffer no prejudice from this request.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

CERTIFICATE OF SERVICE

I hereby certify that on this 18th of November 2005, I served a copy of the within Government's Motion for An Extension of Time, by mailing same, postage prepaid, to:

Alonzo Voelker
Register No. 04836-070
F.C.I. Raybrook
P.O. Box 9005
Raybrook, New York 12977

Paulette E. Gamache