IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 09 2005
DISTRICT OF RHODE ISLAND

ALONZO VOELKER )
)
v. ) CA. No.05-413T
)
FCI RAYBROOK )

## GOVERNMENT'S SECOND REQUEST FOR AN EXTENSION OF TIME

The defendant, ALONZO VOELKER ("Voelker") filed a motion in the District of New York under 28 U.S.C. § 2241 for a Writ of Habeas Corpus alleging that FCI Raybrook was improperly calculating a small portion of his 188 month sentence. On October 21, 2005, the United States received an Order form the Rhode Island District Court requiring a response on or before November 20, 2005.

On November 18, 2005, the United States requested, and received, a thirty day extension within which to respond based on problems with document retrieval and work load considerations. Yesterday, the documents necessary to respond to this motion were received by the undersigned Assistant United States Attorney. Due to the delays in document retrieval and other work load considerations, it appears that the United States may need additional time to respond to this motion.

The United States hereby requests one additional thirty (30) day extension, up to and including January 20, 2006, within which to respond. The United States does not anticipate any need to request an additional extension beyond that date. Voelker, who is only contesting one

GRANTED
Ernest C. Torres

Ernest C. Torres
Chief, US District Judge
12/20/05

year, seven months and twenty-one days of his fifteen year sentence, will suffer no prejudice from this request.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2005, I served a copy of the within Government's Second Motion for An Extension of Time, by mailing same, postage prepaid, to:

Alonzo Voelker
Register No. 04836-070
F.C.I. Raybrook
P.O. Box 9005
Raybrook, New York 12977