**U.S. Department of Justice**

**Federal Bureau of Prisons**

***Northeast Regional Office***

*U.S. Custom House*
*2nd & Chestnut Streets*
*Philadelphia, PA. 19106*

April 3, 2003

Alonzo A. Voelker
Fed. Reg. #04836-070
FCI Ray Brook
P.O. Box 300
Ray Brook, NY 12977

Dear Mr. Voelker:

Your request for prior custody credit for time spent in service of the state sentence has been reviewed for a nunc pro tunc designation by this office.

You were arrested by Connecticut state authorities on March 4, 1999, and sentenced by the state to a term of 1-4 years on October 4, 1999, on a probation revocation term and new state charges for Criminal Possession of a Firearm, Carrying a Weapon in a Motor Vehicle, Reckless Endangerment, Possession of Marijuana, and Possession of Drugs Near a Prohibited Place. Beginning on March 1, 2000, you were "borrowed" from state custody several times pursuant to a Federal Writ of Habeas Corpus Ad Prosequendum for prosecution on federal charges of Conspiracy and Distribution of Cocaine Base. On August 15, 2000, you were sentenced to a term of 188 months and returned to state custody for continued service of your state sentence. On October 22, 2001, the state paroled you to the custody of the United States Marshal for service of your federal sentence.

Records indicate the Court was made aware of your related charges and current state sentence in the State of Connecticut prior to the imposition of your federal sentence through the Pre-sentence Investigation Report. The federal Judgment & Commitment was silent as to its relation to the existing state sentence and there was no recommendation for service of your federal sentence in a state facility.

Under Bureau policy, a designation for concurrent service of sentence should be made only when it is consistent with the intent of the sentencing court or with the goals of the criminal justice system. Based upon a review of your sentencing order, the application of the

federal statutes, your past criminal history, and the discretion afforded to the Bureau of Prisons, the request for a nunc pro tunc designation is denied.

Should you have further questions, this office can be contact at the above address.

Sincerely,

Stephen L. Morgan
Regional Inmate Systems Administrator