**FUSCO & GIULIANO**
ATTORNEYS AT LAW
39 RUSS STREET 1
HARTFORD, CONNECTICUT 06106-1573

AUGUST J. FUSCO, II
CARMINE J. GIULIANO

TELEPHONE
(860) 547-0500
FACSIMILE
(860) 244-9947

May 15, 2003

Ernest C. Torres
Chief Judge
United States District Court
John O. Pastore Federal Building
Providence, Rhode Island 02903 179

Re: <u>USA vs. Alonzo Voelker</u>
CR 00-18 bccn

Dear Chief Judge Torres:

I am writing concerning the above captioned case in which my client was sentenced to a term of imprisonment which resulted in a consecutive term to his State of Connecticut sentencing, because I did not specifically request that your sentence run concurrent to his State of Connecticut sentence. I am therefore, now requesting some written documentation from your Honor that would indicate that it was your intention to make Mr. Voelker's sentence concurrent despite the "Silent Order". Please see United States vs. Maria 186 F.3d 65 (2nd cir. 1999), and Ruggiano v Reish 307 F.3d 121 (3rd cir. 2002). If you have any questions, please do not hesitate to call.

Thank you in advance.

Sincerely,

Carmine J. Giuliano, Esq.

CJG/eh
Enclosure

Alonzo Voelker
#04836-070
F.C.I. Raybrook
P. O. Box 9005
Raybrook, NY 12977

Exhibit A