**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

Alonzo Voelker,
Petitioner "

v. " CA No. 05-413T

UNITED STATES OF AMERICA " CR No. 00-018T

**MOTION TO EXTEND TIME TO SUBMITT**
**TRAVERSE BY PETITIONER TO THE GOVERNMENT'S RESPONSE**

**COMES NOW,** Alonzo Voelker, hereinafter "petitioner" and appearing specially in propria persona. Respectfully moves the Court with this Motion to Extend the Time to Submit for Filing a Traverse to the Government's Response to petitioner's motion pursuant to 28 USC § 2241.

Today on January 17, 2006, petitioner received the aformentioned Government's Response ("Response"). Traditionally a petitioner has 10 days to file a Traverse on his behalf in rebutal of a Govt's Response.

The Certificate of Service attached to the Govt's Response is dated on December 28, 2005. Relevently, it was addressed in error to Schuykill FCC. This Honorable Court's record will reflect that petitioner has been incarcerated in FCI Ray Brook since August of 2002. (See attached Certificate of Service).

The correctly addressed env lope was received by petitioner on this day of January 17, 2006, and postmarked on January 13, 2006. (See attached copy of Post Mark). Therefore it would be impermissable for the Court to hold petitioner to filing his Traverse 10 days after the December 28, 2005.

Now petitioner humbly asks the Court to grant him an extension starting 10 days after today until January 27, 2006. In the same notion that was granted

in benefiting the Governement in granting [3] 30 days extensions in filing a Response to petitioner's motion pursuant to 28 USC § 2241. In closing I thank you for your time re this importain matter.

Respectfully,
Alonzo Voelker
Alonzo Voelker

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this, the 17th day of January, 2006, I mailed, by first class mail, postage prepaid, a copy of this Motion Requesting an Extension of Time to file Petitioner's Traverse to the following address's.

United States District Court
c/o Clerk of Court
2 Exchange Terrace
Providence RI 02903

&

U.S. Attorney's Office
c/o Gerard B. Sullivan, AUSA
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Respectfully,
Alonzo Voelker
Alonzo Voelker
#04836-070
FCI Ray Brook
P.O. Box 9005
Ray Brook, NY 12977

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this, the 28th day of December, 2005, I mailed, by first class mail, postage prepaid, a copy of the within Government's Response To Petitioner's Writ of Habeas Corpus Pursuant To 28 U.S.C. § 2241 By A Person In Federal Custody, to:

Alonzo A. Voelker
Schuylkill FCC
P.O. Box 759
Minersville, PA 17894

Paulette E. Lamache

U.S. Department of J

United States Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903

Official Business

U.S. OFFICIAL MAIL
POSTAGE

Alonzo Voelker
04836-070
F.C.I. Raybrook
P.O. Box 9005
Raybrook, New York 12977

U.S. OFFICIAL MAIL

U.S. POSTAGE