```
  RBKOG          *           INMATE DISCIPLINE DATA              *      01-12-2006
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD          *      09:17:23

REGISTER NO: 04836-070 NAME..: VOELKER, ALONZO A
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO     MOS PRIOR TO 01-12-2006

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1316038 - SANCTIONED INCIDENT DATE/TIME: 02-26-2005 1205
UDC HEARING DATE/TIME: 03-01-2005 1515
FACL/UDC/CHAIRPERSON.: RBK/DEL/D. PARKER
REPORT REMARKS.......: SANCTIONED TO 30 DAYS COMMISSARY RESTRICTION FOR SMOKING
                       WHERE PROHIBITED.   3/1 THROUGH 3/30/05
   332  SMOKING IN UNAUTHORIZED AREA - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    30 DAYS COMMISSARY RESTRICTION 3/1 THROUGH 3/30/05
```

For 300 series incident reports, they are removed from an inmate's disciplinary record. At this point in time, his custody classification points should actually be lower. His points will be rescored in July/06.

Julie Bedon
Case Manager

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```