# Newport Business Institute

Williamsp t, Pennsylvania
Continuin Education Center

11-Jul-02

Federal Register # 04836-070

First Name: A.
Last Name: Voelker

Learning Site: FCI-Schuylkill

| Term | Class | Letter Grade: | Credits | Credits Earned | Points |
|---|---|---|---|---|---|
| Spring 2002 | Business Math 101 | B | 3 | 3 | 9 |
| | Accounting 101 | B | 3 | 3 | 9 |
| | | | | 3 | 0 |
| | | | | 3 | 0 |

**Term Credits** 6 **Term Points** 18
**Term GPA** 3.00

Authorized Signature

**T tal Credits** 6 **Total Points** 18
**QPA** 3.00