**St. Joseph's Rehabilitation Center, Inc.**

P.O. Box 470, Saranac Lake, New York 12983 • Tel: (518) 891-3950 • Fax: (518) 891-5507
email: stjoes@sjrcrehab.org website: www.sjrcrehab.org

***Inpatient Program***

99 Glenwood Estates
PO Box 470
Saranac Lake, NY 12983
Tel: (518) 891-4135
Fax: (518) 891-3986
Toll Free: 877-813-8647
email: admissions@sjrcrehab.org

***Outpatient Clinics***

email: outpatient@sjrcrehab.org

Elizabethtown, NY 12932
7573 Court Street, Suite 203
P.O. Box 445
Tel: (518) 873-9144
Fax: (518) 873-9158

Malone, NY 12953
3878 State Route 11
Suite 2
Tel: (518) 483-6566
Fax: (518) 481-4213

Saranac Lake, NY 12983
50 Woodruff Street
Tel: (518) 891-5353
Fax: (518) 891-7361

Ticonderoga, NY 12883
171 Lake George Avenue
Apt. 101
Tel: (518) 585-7934
Fax: (518) 585-9132

Tupper Lake, NY 12986
Mercy Healthcare Center
114 Wawbeek Avenue
Tel: (518) 359-9627
Fax: (518) 359-9644

Sunmount
RBITU Building 6
2445 State Route 30
Tupper Lake, NY 12986

***Community Residences***

Joseph's House
7 Fallkill Place
Poughkeepsie, NY 12601
Tel: (845) 483-7051
Fax: (845) 483-7052

Joseph's Manor
1001 Wicker Street
Moses-Ludington Campus
Ticonderoga, NY 12883
Tel: (518) 585-4437
Fax: (518) 585-6242

September 29, 2003

To Whom it May Concern:

Please be advised that Mr. Alonzo Voelker has successfully completed the Alcoholism and Substance Abuse Studies program offered by St. Joseph's Rehabilitation Center, Inc. As such, he has been given the opportunity to attain 252 hours of chemical dependency training, which is registered through New York State Office of Alcohol and Substance Abuse Services (OASAS). Each certificate designates course title and number of clock hours.

Mr. Voelker had an 85 average in the course.

If you have any questions or concerns, please feel free to contact me at (518)891-3950.

Respectfully,

David C. Bowen CSW, CASAC
Chief Operating Officer