# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

WOMEN AND ADDICTION

Presented this 2nd day of September 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl J. Kabza, MAC, CASAC

CLOCK HOURS: 12

PRESENTOR: Shelley J. Whiteman, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES -- INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

ADDICTION COUNSELOR ETHICS

Presented this 18th day of September 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl J. Kabza, MAC, CASAC

CLOCK HOURS: 15.0

PRESENTOR: David C. Bowen, CSW, CASAC

OASAS Approved: TTT

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

for the successful completion of

WORKING WITH THE CRIMINAL JUSTICE CLIENT

Presented this 20th day of August 2003

K. J. Kabza

EXECUTIVE DIRECTOR

Karl J. Kabza, MAC, CASAC

CLOCK HOURS: 12.0

PRESENTOR: Bernard J. Ziolkowski, CASAC

OASAS Approved: TTT

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

STRATEGIES TO PREPARE CLIENTS FOR EMPLOYMENT

Presented this 19th day of June 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Shelley Whiteman, CASAC

OASAS Approved: TTT

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

COUNSELING CULTURALLY DIVERSE CLIENTS

Presented this 30th day of June 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Muna Ezumah, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

THE DIFFERENTIAL DIAGNOSIS OF SUBSTANCE ABUSE AND DEPENDENCY

Presented this 8th day of July 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Karl Kabza, MAC, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

BASIC GROUP SKILLS FOR THE CHEMICAL DEPENDENCY COUNSELOR

Presented this 3rd day of July 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

EMPOWERING CLIENTS THROUGH GROUP WORK

Presented this 29th day of July 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

CONTINUUM: UTILIZING THE DSM CRITERIA IN TREATMENT PLAN DEVELOPMENT

Presented this 5th day of August 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

THEORIES OF CO-DEPENDENCY

Presented this 10th day of June 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 12.0

PRESENTOR: Shelley Whiteman, CASAC, Voc. Ed Counselor

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

COUNSELOR WELLNESS, THE SPIRITUALITY OF A BALANCED LIFE

Presented this 15th day of May 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Fr. Dan Callahan, SA, M. DIV, MHA

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

COUNSELOR WELLNESS, THE SPIRITUALITY OF A BALANCED LIFE

Presented this 15th day of May 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Fr. Dan Callahan, SA, M. DIV, MHA

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

HIV AND SEXUALLY TRANSMITTED DISEASES (STD)

Presented this 20th day of May 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Anita Moore, RN, CAC, NCAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES – INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

UPDATE - WORKING WITH THE CHEMICAL DEPENDENCE DIAGNOSIS IN TREATMENT PLANNING

Presented this 27th day of May 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

OVERVIEW OF RELAPSE PREVENTION

Presented this 13th day of May 2003

K. J. Kabza
Karl Kabza, MAC, CASAC
EXECUTIVE DIRECTOR

CLOCK HOURS: 12.0

PRESENTOR: David C. Bowen, CSW, CASAC

OASAS Approved: TTT

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

for the successful completion of

TRANSITION FROM TREATMENT TO WORK

Presented this 29th day of April 2003

K. J. Kabza

EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Shelley Whiteman, CASAC, Voc. Ed. Counselor

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

THE NATIVE AMERICAN, ALCOHOLISM AND SPIRITUALITY

Presented this 7th day of May 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: David C. Bowen, CSW, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

PHYSIOLOGICAL AND PSYCHOLOGICAL IMPACT OF ALCOHOL

Presented this 11th day of March 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

DOMESTIC VIOLENCE AND THE ALCOHOL CONNECTION

Presented this 13th day of March 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: David C. Bowen, CSW, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

PHYSIOLOGICAL AND PSYCHOLOGICAL EFFECTS OF COCAINE

Presented this 1st day of April 2003

K. J. Kabza

EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

INTENSIVE CASE MANAGEMENT IN SUBSTANCE ABUSE COUNSELING

Presented this 27th day of March 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Muna Ezumah, CASAC, NCAC I

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES -- INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

ALCOHOLICS ANONYMOUS STEPS 10 - 12

Presented this 20th day of March 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: David Ward, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

PHYSIOLOGICAL AND PSYCHOLOGICAL EFFECTS OF CANNABIS

Presented this 18th day of March 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

SUBSTANCE ABUSE COUNSELING FOR GAY/LESBIAN AND BISEXUAL CHEMICALLY ADDICTED PERSONS

Presented this 24th day of April 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Sally Walrath, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

FEELINGS AND EMOTIONS AND THE ALCOHOL/CHEMICALLY DEPENDENT CLIENT

Presented this 7th day of April 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Anita Moore, RN, CASAC, NCAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

PHYSIOLOGICAL AND PSYCHOLOGICAL EFFECTS OF HEROIN

Presented this 8th day of April 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

ACOA ISSUES FOR THE CHEMICALLY DEPENDENT CLIENT

Presented this 15th day of April 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Sally Walrath, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

SPIRITUALITY AND RECOVERY I

Presented this 10th day of April 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Rev. Dan Callahan, SA, M. Div, MHA

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

ALONZO VOELKER

## for the successful completion of

THE DISEASE OF ALCOHOLISM/CHEMICAL DEPENDENCY

Presented this 7th day of January 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

WORKING WITH DENIAL AND OTHER DEFENSE MECHANISMS

Presented this 18th day of February 2003

K. J. Kabza

EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Karl Kabza, MAC, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

ASSESSMENT & DIAGNOSIS OF THE DISEASE OF ALCOHOLISM AND CHEMICAL DEPENDENCY

Presented this 21st day of January 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 9.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

SOBER SUPPORT

Presented this 9th day of January 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: David Ward, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

INTRODUCTION TO TREATMENT PLANNING FOR THE CHEMICALLY DEPENDENT CLIENT

Presented this 25th day of January 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Helene D. Mowka, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

INTRODUCTION TO RECOVERY, RELAPSE, AND TREATMENT

Presented this 30th day of January 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: David C. Bowen, CSW, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

ALCOHOLICS ANONYMOUS STEPS 1 - 3

Presented this 23rd day of January 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: David Ward, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

MEDICAL ASPECTS OF ALCOHOLISM

Presented this 26th day of December 2002

K. J. Kabza

EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: Shelley Whiteman, CASAC, Voc. Ed. Counselor

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

IDENTIFYING AND MANAGING THE ATTITUDES TOWARD SUBSTANCE-RELATED DISORDERS

Presented this 19th day of December 2002

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Muna Ezumah, CASAC, NCAC I

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

INTRODUCTION TO THE EFFECTS OF SUBSTANCE ABUSE AND DEPENDENCE ON THE FAMILY

Presented this 14th day of December 2002

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Shelley Whiteman, CASAC, Voc. Ed Counselor

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

INTRODUCTION TO ALCOHOL/CHEMICAL DEPENDENCY STUDIES

Presented this 12th day of December 2002

EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: David C. Bowen, CSW, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

CUE EXTINCTION AND RELAPSE PREVENTION

Presented this 5th day of March 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: David Ward, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

ALCOHOLICS ANONYMOUS STEPS 7 - 9

Presented this 27th day of February 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: David Ward, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

SELF-ESTEEM AND THE ALCOHOL/CHEMICALLY DEPENDENT CLIENT

Presented this 11th day of February 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Shelley Whiteman, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

ALCOHOLICS ANONYMOUS STEPS 4 - 6

Presented this 13th day of February 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 3.0

PRESENTOR: David Ward, CASAC

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

ADOLESCENT SUBSTANCE ABUSE

Presented this 15th day of February 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Muna Ezumah, CASAC, NCAC I

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195

# St. Joseph's Rehabilitation Center, Inc.

## This Certificate is Awarded to

**ALONZO VOELKER**

## for the successful completion of

GRIEF RECOVERY

Presented this 25th day of February 2003

K. J. Kabza
EXECUTIVE DIRECTOR
Karl Kabza, MAC, CASAC

CLOCK HOURS: 6.0

PRESENTOR: Muna J. Ezumah, CASAC, Grief Recovery Specialist

THIS TRAINING IS PROVIDED UNDER THE NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES — INSERVICE PROVIDER NUMBER 0195