**UNITED STATES DISTRICT COURT**

**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Alonzo Voelker,<br>Petitioner | " | |
| v. | " | CA# 05-413T<br>CR# 00-18T |
| UNITED STATES OF AMERICA | " | |

**NOTICE OF APPEAL**

**COMES NOW**, Alonzo Voelker, hereinafter, "petitioner" appearing specially in propria persona, and files this early Notice of Appeal. In the event that the Court denies the above captioned matter without notifying the petitioner. In the event that the Court grants relief, consider this filing to be moot,

Respectfully,
Alonzo Voelker

Alonzo Voelker
#04836-070
FCI Ray Brook
P.O. Box 9005
Ray Brook, NY 12977

CERTIFICATE OF SERVICE

I, Alonzo Voelker, as petitioner herein, do hereby attest and affirm that all the facts and statements as made herein are true, correct, certain, and complete and are not meant to mislead, further they are made knowing the penalty for bearing false witness.

On this 25th day of January A.D. 2006, a true and correct copy of the enclosed was mailed via certified mail, pre-paid postage and addressed to:

**UNITED STATES DISTRICT COURT**
1 Exchange Terrace
Providence, RI 02903

Respectfully,
Alonzo Voelker

Alonzo Voelker