UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALONZO A. VOELKER,

Petitioner,

v. C.A. No. 05-413T

UNITED STATES OF AMERICA,

Respondent.

ORDER DISMISSING PETITION AND DENYING MOTION TO EXTEND TIME

Alonzo Voelker has filed a petition, pursuant to 28 U.S.C. § 2241, in which he claims that the Bureau of Prisons erred in refusing to credit approximately fourteen months that he served in Connecticut state prison toward the 188-month sentence imposed for distribution of crack cocaine and conspiracy to distribute crack cocaine imposed by this Court on August 15, 2000. Voelker also has filed a motion to extend time to submit a traverse to the government's response to his petition.

At the time his federal sentence was imposed, Voelker was serving a Connecticut sentence for an unrelated probation violation. Voelker argues that the fourteen months remaining on his state sentence should have been credited toward the federal sentence that he later began serving. In effect, he contends that the sentences should be treated as concurrent. For the reasons hereinafter stated, this Court rejects Voelker's argument.

Both 18 U.S.C. § 3585 and Section 5G1.3 of the United States

Sentencing Guidelines (the "Guidelines"), provide that a sentence of imprisonment runs consecutively to any undischarged term of imprisonment resulting from an unrelated offense unless the sentencing court states otherwise. In imposing sentence on Voelker, this Court did not state otherwise.

Voelker argues that his Connecticut sentence was not called to this Court's attention and that, if it had been, this Court would have made his federal sentence concurrent. There is no basis for the assumption that, if the Connecticut sentence had been mentioned, this Court would have made his federal sentence concurrent. Guideline § 5G1.3 indicates that a defendant should _not_ receive credit for an undischarged term of imprisonment that results from an unrelated probation violation. _See_ Application Note 3(c). Moreover, this Court has consistently adhered to that principle. Therefore, Voelker's § 2241 petition is denied and dismissed as is his motion to extend the time in which to file a traverse.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Chief Judge
Date: February 7, 2006