**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ALONZO VOELKER,
Petitioner,

vs. C.A. No. 05-413T

UNITED STATES OF AMERICA,
Respondent.

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment is hereby entered for the Defendant United States of America pursuant to this Court's Order Dismissing Petition and Denying Motion to Extend Time dated February 8th, 2006 dismissing Petitioner Voelker's Petitioner pursuant to 28 U.S.C. §2241.

Enter:

Deputy Clerk

Dated: February 17th, 2006