UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALONZO A. VOELKER,

       Petitioner,

v.                              C.A. No. 05-413T

UNITED STATES OF AMERICA,

       Respondent.

### ORDER DENYING MOTION TO APPEAL *IN FORMA PAUPERIS*

    Petitioner's "Affidavit to Accompany Motion for Leave to Appeal *in Forma Pauperis*" is treated as a motion to appeal *in forma pauperis*.

    This Court finds that Petitioner is indigent. However, this Court, also, finds that Petitioner's appeal would be frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i) (Court shall dismiss action or appeal brought *in forma pauperis* if determined to be frivolous); see also 28 U.S.C. § 1915(g) (Petitioner who, previously, has brought three or more frivolous claims or appeals has lost the right to proceed *in forma pauperis*). Therefore, Petitioner's motion to appeal *in forma pauperis* is hereby DENIED.

By Order

/s/ *[signature]*
Deputy Clerk

ENTER:

/s/ *[signature]*
Ernest C. Torres
Chief Judge

Date:  May 17, 2006