05-00413
USDC/RI
Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1268
DC No. 05-00413

ALONZO A. VOELKER
Petitioner - Appellant

v.

UNITED STATES
Respondent - Appellee

**CORRECTED JUDGMENT**
Entered: September 5, 2006
Pursuant to 1st Cir. R. 27(d)

On August 10, 2006, this court issued an order directing the appellant to pay the docketing fees of $255.00 to the Clerk of the District Court of Rhode Island. Appellant was notified that failure pay te docketing fee would result in dismissal of the case.

A review of the district court docket does not reflect the payment of the filing fees, nor did the appellant respond to this court in writing regarding the outstanding fee issue. This appeal, therefore, is dismissed for lack of prosecution in accordance with Local Rule 3(b).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/20/06

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

[cc: Messrs. Voelker, Lockhart, Sullivan]